**Donald TRANTHAM, Jr.,
Plaintiff–Appellant,**

v.

**HENRY COUNTY SHERIFF'S OF-
FICE; Commonwealth Attorney,
County of Henry; Gardner Gardner
Barrow & Sharpe; Martinsville, Vir-
ginia Police Department; Virginia
State Police; Martinsville Henry
County Memorial Hospital; Drug En-
forcement Agency, Defendants–Appel-
lees.**

No. 11–1337.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Donald Trantham, Jr., Appellant Pro Se. Jim H. Guynn, Jr., Guynn, Memmer & Dillon, PC, Salem, Virginia; Philip Grahem Gardner, Gardner Barrow Sharpe & Reynolds, Martinsville, Virginia; Martha White Medley, Michael Anthony Nicholas, Daniel, Medley & Kirby, PC, Danville, Virginia; George Walerian Chabalewski, Christina Nicole Gilliam, Office of the Attorney General of Virginia, Richmond, Virginia; Nora Beth Dorsey, Jodi Beth Simopoulos, Hancock Daniel Johnson & Nagle, PC, Glen Allen, Virginia; Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Trantham, Jr., appeals the district court's order dismissing Trantham's claims against all Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Trantham v. Henry Cnty. Sheriff's Office*, No. 4:10–cv–00058–jlk–mfu, 2011 WL 863498 (W.D.Va. Mar. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*